# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KRISTINA MIRE, MD** | * | **CIVIL ACTION NO. 2:15-cv-06965** |
| | * | |
| **VERSUS** | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **LSU HEALTH SCIENCES CENTER** | * | **MAGISTRATE JUDGE JOSEPH C.** |
| | * | **WILKINSON, JR.** |

\* \* \* \* \* \* \*

## ORDER

Considering Plaintiff's Motion for Leave to file a Reply memorandum:

IT IS ORDERED that leave be and it is hereby granted for Plaintiff, Dr. Kristina Mire, to file the attached Memorandum In Reply To Defendant's Opposition To Plaintiff's Motion for Leave to File Second Amended and Supplemental Complaint.

New Orleans, Louisiana, this 30th day of March, 2016.

_____
United States Magistrate Judge