UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KRISTINA MIRE, MD** | * | **CIVIL ACTION NO. 2:15-cv-06965** |
| | * | |
| **VERSUS** | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **LSU HEALTH SCIENCES CENTER** | * | **MAGISTRATE JUDGE JOSEPH C.** |
| | * | **WILKINSON, JR.** |
| | * | |
| *   *   *   *   *   *   * | | |

## JOINT RULE 26(f) REPORT

**NOW COME** all the parties in the above captioned suit, who hereby represent that counsel for all parties conferred via telephone conference on Thursday, May 5, 2016 pursuant to 26(f) of the Federal Rules of Civil Procedure. Present on the phone call were Dona Dew and Bridget Nalley on behalf of the Plaintiff, Dr. Kristina Mire, and Thomas Peak on behalf of the Defendants, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (alleged to have been erroneously named as "LSU Health Sciences Center"), Dr. Bonnie Desselle, and Dr. Ricardo Sorenson. The parties discussed the topics set forth in Rule 26(f) and jointly make the following report.

1. The parties discussed the nature and basis of their claims and determined that settlement discussions are premature at this time.

2. The parties will make their Initial Disclosures within 14 days of the date of the Rule 26(f) Conference as required by Rule 26(a)(1)(C). In addition to those items set forth in Rule 26(a), the parties will provide each other with all documents and information which was provided by each party to the EEOC and the Department of Justice during the course of the

investigation of this claim.  In addition, the Defendants request, and Dr. Mire has agreed that the Plaintiff's Initial Disclosures include copies of the Plaintiff's first communications with the Equal Employment Opportunity Commission. Dr. Mire has requested and Defendants have agreed that the Defendants' Initial Disclosure include Dr. Mire's entire Resident File as outlined in the Resident File Checklist Guidelines. All documents submitted as an attachment or exhibit to any party's Initial Disclosures shall be produced on a CD as opposed to paper records.

3. The parties discussed discovery deadlines and agreed that, with the Court's approval, the cutoff for the disclosure of experts shall be August 15, 2016, and that all discovery shall be complete by October 31, 2016.  However, the Parties acknowledged that an extension of the discovery cut-off might be necessary should the advent of the summer holidays prevent completion by October 31, 2016.

4. The parties discussed the assertions of privilege in response to discovery requests. They agreed that all privilege assertions shall include a detailed description of the nature of the privilege asserted and a list of the documents or category of documents in their respective possession or under their respective control to which they assert it applies.

5. The parties discussed the disclosure of confidential information in response to discovery requests, including but not limited to the Plaintiff's confidential medical records. They agreed that any requested discoverable and confidential information shall be disclosed pursuant to a signed release and a Protective Order. The format for the Protective Order shall be jointly agreed upon by all parties and submitted to the Court for approval.

Respectfully submitted,

NALLEY AND DEW
A Professional Law Corporation

/s/ Dona J. Dew_____
DONA J. DEW (#1329, T.A.)
BRIDGET D. NALLEY (#35261)
2450 Severn Avenue, Suite 100
Metairie, Louisiana 70001
P: (504) 838-8188
F: (504) 838-0008
Attorneys for Kristina Mire, M.D.


Jeff Landry
Attorney General

By: /s/ *Thomas R. Peak*
Thomas R. Peak, Bar #14300
Special Assistant Attorney General
TAYLOR,PORTER,BROOKS & PHILLIPS LLP
450 Laurel Street – 8th Floor
P.O. Box 2471
Baton Rouge, La. 70821-3221
Telephone: (225) 387-3221
Fax: (225) 346-8049
Attorneys for Defendants Dr. Bonnie Desselle, Dr. Ricardo Sorenson and the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

3

**CERTIFICATE OF CONFERENCE**

I do hereby certify that, on May 5, 2016, I circulated by email a draft Joint Rule 26(f) Report to counsel for all parties. Thomas Peak, counsel for the Defendants, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (allegedly mis-named in the complaint as LSU Health Sciences Center), Dr. Bonnie Desselle, and Dr. Ricardo Sorenson, commented on the draft report and those comments are reflected in the report being filed herein.

_____/s/ Dona J. Dew_____
NALLEY AND DEW, APLC

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 5th day of May, 2016, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel electronically via the CM/ECF system. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service by emailing, faxing, and/or mailing the same by United States Mail, properly addressed and first class postage prepaid.

_____/s/ Dona J. Dew_____
NALLEY AND DEW, APLC